ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-214 JRT/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>$6,520.06 IN U.S. CURRENCY,<br>AND $9,041.07 IN U.S. CURRENCY,<br><br>DEFENDANTS. | ) | ORDER OF FORFEITURE |

Based on the plaintiff's motion for a finding of probable cause for forfeiture of the defendants, for default judgment against Peter Fenton, Peggy Fenton, Susan Fenton, Tom Fenton, James Bottineau, Elizabeth Bottineau, D&K Healthcare Resources, Inc., and all unknown persons and entities having an interest in the defendants pursuant to Rule 55(b)(2), Fed.R.Civ.P., and for forfeiture of the defendants to the plaintiff, on all the files and records in this action, and on the Court's finding as follows that:

1. process was fully issued in this action and returned according to law;

2. pursuant to a Warrant of Arrest and Notice In Rem issued by the Clerk of Court, the United States Marshal for the District of Minnesota arrested the defendants;

3. a Notice of Arrest and Seizure was published in the Finance and Commerce, Minneapolis, Minnesota, on February 8, 2000, February 15, 2000, and February 22, 2000;



MAY 31 2000
FILED ____
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD MAY 31 2000
DEPUTY CLERK ____

4. the United States Marshal served the following known persons and entities on the dates indicated with the verified Complaint for Forfeiture, Summons, and Warrant of Arrest and Notice <u>In Rem</u>:

Peter Fenton through his attorney Ronald I. Meshbesher on February 8, 2000;

Peggy Fenton through her attorney Charles L. Hawkins on February 8, 2000;

Susan Fenton on March 13, 2000;

Tom Fenton on March 13, 2000;

James Bottineau through his attorney Ron Rosenbaum on February 9, 2000;

Elizabeth Bottineau on February 10, 2000; and

D&K Healthcare Resources, Inc. through its attorney Glenn E. Davis on February 10, 2000.

5. no claims for the defendants and answers to the Complaint for Forfeiture have been filed with the Clerk of Court nor served on the United States Attorney, and the time for filing a claim and answer has expired;

8. the Clerk of Court entered default against Peter Fenton, Peggy Fenton, Susan Fenton, Tom Fenton, James Bottineau, Elizabeth Bottineau, D&K Healthcare Resources, Inc., and all unknown interested persons and entities having an interest in the defendants for failure to file a claim and answer or otherwise

defend in this action within the time permitted by Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims; and

9. the plaintiff has established probable cause for the forfeiture of the defendants pursuant to Title 18, United States Code, Section 981(a)(1)(A);

IT IS HEREBY ORDERED that:

1. default judgment is entered against Peter Fenton, Peggy Fenton, Susan Fenton, Tom Fenton, James Bottineau, Elizabeth Bottineau, D&K Healthcare Resources, Inc., and all unknown persons and entities having an interest in the defendants; and

2. all the right, title and interest of the defaulted persons and entities in the defendants is forfeited to the plaintiff, and no right, title or interest in the defendants shall exist in any other person or entity; and

3. the defendants are forfeited to the plaintiff and shall be disposed of by the plaintiff in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 31, 2000

JOHN R. TUNHEIM
United States District Court Judge